In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-26-000253-CV
_____

CHRIS TAYLOR, Appellant

V.

JOHNNY WRIGHT, Appellee

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-05-08000**

**MEMORANDUM OPINION**

The trial court signed a final summary judgment on May 13, 2026. Notice of appeal was due on June 12, 2026. Appellant filed a notice of appeal on June 24, 2026, more than thirty days from the date of the judgment. *See* Tex. R. App. P. 26.1, 26.3.

On June 25, 2026, we notified the parties that the notice of appeal did not appear to have been timely filed and informed the parties that the notice of appeal had been filed within the time permitted for an extension under the applicable

1

appellate rule. *See id*. 26.3. The appellant failed to file a motion for extension of time to file notice of appeal or offer a reasonable explanation for the late filing of the notice of appeal.

The Court finds that the notice of appeal was not timely filed. *See id*. 26.1(b). No motion for extension of time was filed with the appellate court. *See id*. 26.3. The appellant failed to comply with a notice from the clerk requiring a response or other action within a specified time. *See id*. 42.3(c). Accordingly, we dismiss the appeal. *See id*. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on August 12, 2026
Opinion Delivered August 13, 2026

Before Johnson, Wright and Chambers, JJ.